[No. 9756–1–III. Division Three. September 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS KLEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00310–7, John A. Schultheis, J.,

entered December 7, 1988. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.